

# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

Receipt Date: Sep 17, 2025 9:11AM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

| Rcpt. No: 8638 | Trans. Date: Sep 17, 2025 9:11AM | | | Cashier ID: #TT (6587) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1034 | 09/11/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |

**Comments:** CASE 5:25-CV-01161-OLG, ORTEGA v. GO CAR WASH MANAGEMENT, CORP.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

# SA25CA1161 OG MJ-ESC