Mark Anthony Ortega
152 Bedingfelt Dr
San Antonio, TX 78231

RECEIVED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Clerk's office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

SA25CA1161 OG   MJ-ESC