# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Mark Anthony Ortega** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**GO CAR WASH MANAGEMENT, CORP.** )<br>)<br>*Defendant* ) | Civil Action No. 5:25-cv-01161-OLG |

## AFFIDAVIT OF SERVICE

I, Jessica Meroney, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on September 23, 2025, at 1:31 pm. I delivered these documents to GO CAR WASH MANAGEMENT, CORP. in Travis County, TX on September 23, 2025 at 3:01 pm at 211 East 7th Street, Suite 620, Austin, TX 78701 by leaving the following documents with Neisha Gross who as INTAKE SPECIALIST at Corporation Service Company is authorized by appointment or by law to receive service of process for GO CAR WASH MANAGEMENT, CORP.

Summons
Complaint
Civil Cover Sheet

Black or African American Female, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.268555,-97.7407133333
Photograph: See Exhibit 1

My name is Jessica Meroney, I am 18 years of age or older, and my address is 2717 Granite Creek Drive, Leander, TX 78641, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Williamson County, TX on 9/24/2025.

/s/ *Jessica Meroney*

Jessica Meroney
+1 (512) 507-1669
Certification Number: PSC-23407
Expiration Date: 10/31/2025

